# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

JANET JOHNSON,

        Plaintiff,

vs.

WYNN LAS VEGAS, LLC,

        Defendant.

2:12-cv-00726-JCM-VCF

**ORDER**

[Defendant's Emergency Motion for Extension of Expert Disclosure Deadlines #20]

      Before the Court is Defendant's Emergency Motion for Extension of Expert Disclosure Deadlines filed on January 15, 2013 filed on January 15, 2013. (#20).  Defendant requests the Court to extend the expert disclosure deadlines seven days because the medical expert has not completed his report.  "The parties will take further depositions, including, but not limited to, experts and percipient witnesses." *Id.*

      IT IS HEREBY ORDERED that the Emergency Motion for Extension of Expert Disclosure Deadlines (#20) is GRANTED.

      IT IS FURTHER ORDERED that the following discovery extension will apply:

      The expert disclosure deadline will be continued from January 15, 2013 to January 23, 2013;

      The rebuttal expert disclosure will be continued from February 15, 2013 to February 25, 2013;

      All other deadlines as stated in the Discovery scheduling order of September 18, 2013 (#18) will remain in order.

      DATED this 30th day of January, 2013.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE