# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| JANET JOHNSON, | |
| Plaintiff, | 2:12-cv-00726-JCM-VCF |
| vs. | **MINUTE ORDER** |
| WYNN LAS VEGAS, LLC, | |
| Defendant. | [Plaintiff Janet Johnson's Motion to Extend Discovery Deadlines (#61)] |

Before the Court is Plaintiff Janet Johnson's Motion to Extend Discovery Deadlines (#61).

On January 31, 2014, Defendant Wynn Las Vegas, LLC filed a Notice of Settlement (#72) stating that the parties are finalizing the settlement and will submitting a stipulation for dismissal with prejudice within 30 days.

Accordingly,

IT IS HEREBY ORDERED that Plaintiff Janet Johnson's Motion to Extend Discovery Deadlines (#61) is DENIED as MOOT.

IT IS FURTHER ORDERED that a stipulation for dismissal must be filed on or before March 3, 2014.

DATED this 13th day of February, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE